MICHELE BECKWITH
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KUZMENKO, | CASE NO. 2:25-CV-00663-DJC-AC |
| Petitioner, | ORDER |
| v. | |
| ARINDA PHILIPS, ET AL., | |
| Respondents. | |

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Petitioner's § 2241 petition: (a) Respondent's response to the Petitioner's § 2241 petition is to be filed on or before May 15, 2025; and (b) Petitioner's reply to the response to be filed on or before June 16, 2025.

IT IS SO FOUND AND ORDERED this 1st day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

1