MICHELE BECKWITH
Acting United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KUZMENKO,<br><br>         Petitioner,<br><br>    v.<br><br>ARINDA PHILIPS, ET AL.,<br><br>         Respondents. | CASE NO. 2:25-CV-00663-DJC-AC<br><br>ORDER |
| DUMITRU MARTIN,<br><br>         Petitioner,<br><br>    v.<br><br>ARINDA PHILIPS, ET AL.,<br><br>         Respondents. | CASE NO. 2:25-CV-00687-DJC-AC |

Based upon the stipulation and representations of the parties, the Court hereby stays the briefing regarding petitioners § 2241 petitions pending the resolution of the Respondents' Ninth Circuit appeals. Respondent is further Ordered to file a status report every 60 days until resolution of the appeals.

IT IS SO FOUND AND ORDERED this 14th day of May, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order Re Briefing Schedule

1