IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERA KUZMENKO,<br>                Petitioner,<br><br>    v.<br><br>ARINDA PHILIPS, ET AL.,<br>                Respondents. | CASE NO.  2:25-CV-00663-DJC-AC<br><br>**ORDER** |
| DUMITRU MARTIN,<br>                Petitioner,<br><br>    v.<br><br>ARINDA PHILIPS, ET AL.,<br>                Respondents. | CASE NO.  2:25-CV-00687-DJC-AC |

     Hereby, the Court orders the above captioned matters shall be stayed until August 28, 2025. Respondents are to provide a status further status report on August 28, 2025, which shall include an update on the jurisdiction of the court on remand from the Ninth Circuit.

Dated:  July 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE